# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GILBERT BROWN

NO. 2025 KW 0592

**AUGUST 22, 2025**

---

In Re:     Gilbert Brown, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 604098.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion for production of **Boykin** transcripts, filed on or about August 30, 2024, on or before September 23, 2025, if it has not already done so. A copy of the district court's action shall be filed in this court on or before September 30, 2025.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT